**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case Nos.**
9:18-cv-81394
9:18-cv-81430
9:18-cv-81437
9:18-cv-81438
9:18-cv-81441
**9:18-cv-81450**
9:18-cv-81451
9:18-cv-81454
9:18-cv-81455
9:18-cv-81470
9:18-cv-81472
9:18-cv-81475
9:18-cv-81477
9:18-cv-81478
9:18-cv-81479
9:18-cv-81483
9:18-cv-81513
9:18-cv-81635
9:18-cv-81671
9:18-cv-81683

COY EVANS, et al.,

    Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

## **ORDER STAYING CASES PENDING FCC GUIDANCE**

This cause comes before the Court on the parties' joint notice in case 18-CV-81394. For all of the reasons set forth in case 18-CV-81394, docket entries 40 and 41, the above-listed cases are all hereby **STAYED** pending forthcoming guidance from the FCC as more fully discussed in the aforementioned docket entries. This stay shall run for a period of 6 months running from the date of rendition of this Order. The parties are **ORDERED** to file a joint status report at the earlier of (1)

guidance from the FCC or (2) the conclusion of the six-month stay imposed by this Order. The Clerk of the Court shall **CLOSE THIS CASE** for administrative purposes. This closure shall not affect the merits of any party's claim.  All pending motions are **TERMINATED**.

    **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 14th day of January, 2019.

Copies furnished to Counsel of Record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE